UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

                Petitioner,

   v.

DONALD R. HOLBROOK,

                Respondent.

CASE NO. C19-1095 MJP

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court **ADOPTS** the Report and Recommendation;
2. This matter is **DISMISSED**, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. March 13, 1997); and
3. The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this _____ day of July, 2019.

                                                      MARSHA J. PECHMAN
                                                      United States District Judge

ORDER OF DISMISSAL - 1