## United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS,<br><br>　　　　　　　　　Petitioner,<br>　v.<br><br>DONALD R. HOLBROOK,<br><br>　　　　　　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. C19-1095 MJP-BAT |

\_\_\_\_　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

　X　 **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved.  This matter is DISMISSED.

Dated this _____ day of July, 2019.

　　　　　　　　　　　　　　　　　　　　　WILLIAM M. MCCOOL
　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　/s/ Paula McNabb
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk