# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

JOHN ROBERT DEMOS,

    Petitioner,

v.

DONALD R. HOLBROOK,

    Respondent.

CASE NO. C19-1095 MJP

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court **ADOPTS** the Report and Recommendation;
2. This matter is **DISMISSED**, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. March 13, 1997); and
3. The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this 18th day of July, 2019.

    Marsha J. Pechman
    United States District Judge

ORDER OF DISMISSAL - 1